UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT J. BLACKWELL, JR, <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>JEANNE M. BLACKWELL, <br><br>　　　　Defendant. | Case No. 1:25-cv-00267-KES-CDB <br><br> ORDER GRANTING PLAINTIFF'S REQUEST FOR 30-DAY NOTICE <u>IN PART</u> <br><br> (Docs. 7, 9) <br><br> ORDER VACATING SCHEDULING CONFERENCE <br><br> **30-DAY DEADLINE** <br><br> <u>Clerk of the Court to Re-serve Copy of Order to Show Cause (Doc. 4)</u> |

Plaintiff Robert J. Blackwell, Jr. ("Plaintiff") initiated this action with the filing of a complaint on March 3, 2025. (Doc. 1).

On March 17, 2025, the undersigned issued an order directing Plaintiff to show cause why this action should not be transferred for improper venue pursuant to 28 U.S.C. § 1391(b). (Doc. 4). The order provided Plaintiff 14 days from issuance within which to respond, as well as three additional days for service by mail pursuant to Federal Rule of Civil Procedure 6(d). As such, Plaintiff's was required to respond on or before April 3, 2025.

Plaintiff did not file a response. Thereafter, the undersigned issued findings and

recommendations to dismiss this action without prejudice for Plaintiff's failure to prosecute and obey the Court's orders. (Doc. 6). On May 1, 2025, Plaintiff filed three documents: objections to the findings and recommendations (Doc. 7), a request for entry of default as to Defendant (Doc. 8), and a request for a minimum of 30 days for Plaintiff to respond to the Court's orders (Doc. 9). The findings and recommendations provided Plaintiff 14 days within which to file any objections (Doc. 6 at 4), as well as 3 additional days for service by mail. *See* Fed. R. Civ. P. 6(d). As such, Plaintiff's objections are timely.

In his objections, Plaintiff asserts that he never received the Court's order to show cause directing Plaintiff to make a filing addressing the Court's questions concerning venue and jurisdiction. (Doc. 7 at 2). Plaintiff states he regularly checked his mail during the previous 45 days for Court documents and confirmed with the Clerk of the Court that the address on file is correct. (*Id.* at 4-5). In Plaintiff's contemporaneously filed request (Doc. 9), Plaintiff seeks a general minimum of 30 days within which to respond to any Court-ordered deadline. In support, Plaintiff provides that, in a rural area, mail may take five days to travel in each direction and if Plaintiff is away on business or vacation, he may then miss a 14-day response period. (*Id.* at 2).

As to a blanket minimum of 30 days for Plaintiff to respond to all future Court orders, Plaintiff's request will be denied. At this time, the Court finds good cause to grant Plaintiff an extension of time to file a response to the Court's order to show cause only.

Further, given the Court's unresolved questions raised in the show cause order concerning whether venue properly lies in the Eastern District of California, the scheduling conference will be vactated, to be rescheduled as appropriate following the Court's resolution of proper venue.

**Conclusion and Order**

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for 30-day notice (Doc. 9) is GRANTED in part;
2. Plaintiff SHALL FILE his response to the Court's order to show cause (Doc. 4) within 30 days of issuance of this order;
3. The scheduling conference set for June 2, 2025, is VACATED; and
4. The Clerk of the Court is directed to re-serve with a copy of this order the Court's order

to show cause (Doc. 4) at Plaintiff's current address.

**Any failure by Plaintiff to timely comply with this order may result in the imposition of sanctions, including a recommendation that the action be dismissed (*see* Doc. 6).**

IT IS SO ORDERED.

Dated:   **May 5, 2025**                                              _____
                                                                                              UNITED STATES MAGISTRATE JUDGE