UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT J. BLACKWELL, JR.,<br><br>Plaintiff,<br><br>v.<br><br>JEANNE M. BLACKWELL,<br><br>Defendant. | Case No.: 1:25-cv-00267-KES-CDB<br><br>ORDER DIRECTING PLAINTIFF TO PROVIDE RESPONSE TO THE COURT'S PRIOR ORDER<br><br>(Docs. 4, 11)<br><br>**14-DAY DEADLINE** |

Plaintiff Robert J. Blackwell, Jr. ("Plaintiff") initiated this action with the filing of a complaint on March 3, 2025. (Doc. 1).

On March 17, 2025, the undersigned issued an order directing Plaintiff to show cause why this action should not be transferred for improper venue pursuant to 28 U.S.C. § 1391(b). (Doc. 4). Specifically, the undersigned ordered Plaintiff to "set forth where in Florida both the substantial part of the events giving rise to his claims occurred and where the substantial part of the property at issue is situated, and within which counties of the state of Florida specifically." *Id.* at 3 (emphasis in original).

After being granted an extension of time within which to file the response, Plaintiff filed his response to the order to show cause on June 3, 2025. (Doc. 11). In relevant part, Plaintiff states that he "regularly met" Robert Blackwell, Sr., in the states of California, Alaska, and Florida to "discuss estate planning and financial issues." *Id.* at 2. Nowhere in his response does Plaintiff

address the specific inquiry in the order to show cause concerning within which counties in Florida did the substantial part of the events occur and wherein the property is situated.

**Conclusion and Order**

Accordingly, IT IS HEREBY ORDERED that **within 14 days of the date of service of this order**, Plaintiff shall file a supplemental response in writing setting forth where in Florida, and within which counties of the state of Florida specifically, both the substantial part of the events giving rise to his claims occurred and where the substantial part of the property at issue is situated.

**Any failure by Plaintiff to timely comply with this order may result in the imposition of sanctions, including a recommendation that the action be dismissed (*see* Doc. 6).**

IT IS SO ORDERED.

Dated:   **June 4, 2025**

UNITED STATES MAGISTRATE JUDGE